```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  BRIAN W. ENOS
    Assistant United States Attorney
 3  United States Courthouse
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5  Facsimile: (559) 497-4099

 6  Attorneys for defendant Internal Revenue Service

 7

 8                  UNITED STATES DISTRICT COURT

 9                  EASTERN DISTRICT OF CALIFORNIA

10

11  TIMOTHY RAZZARI,              )  1:09-cv-00071-LJO-SMS
                                  )
12            Plaintiff,          )
                                  )  **STIPULATION RE: DEFENDANT**
13       v.                       )  **INTERNAL REVENUE SERVICE'S TAX**
                                  )  **LIENS RELATIVE TO DEEDS OF**
14  HAMMAD TAHA, aka OHAMMAD      )  **TRUST; [PROPOSED] ORDER**
    TAHA, individually and dba:   )  **REMANDING CASE BACK TO STATE**
15  TAHA MITSUBISHI; WADIE TAHA;  )  **COURT**
    MOHAMMAD TAHA; TAYSEER TAHA;  )
16  KITCHEN MOTORS, a General     )
    Partnership; FIDELITY         )
17  NATIONAL TITLE COMPANY;       )
    TULARE COUNTY TAX COLLECTOR;  )
18  STATE BOARD OF EQUALIZATION;  )
    UNITED STATES OF AMERICA      )
19  INTERNAL REVENUE SERVICE.     )
                                  )
20                                )
              Defendants.         )
21  _____)

22      Defendant, Internal Revenue Service ("IRS"), and plaintiff,

23  Timothy Razzari ("plaintiff") hereby stipulate to the following:

24                          **Recitals**

25      (1).  The IRS recorded the following tax liens in Tulare

26  County against the following taxpayers:

27

28
                                  1
    **STIPULATION RE: DEFENDANT INTERNAL REVENUE SERVICE'S TAX LIENS RELATIVE TO**
        **DEEDS OF TRUST; [PROPOSED] ORDER REMANDING CASE BACK TO STATE COURT**
```

| Taxpayer | Type of Liability | Date Filed | Amount owed as of 12/31/08 |
|---|---|---|---|
| Tahas Mitsubishi | FICA for the third and fourth quarters of 2006 | 11/15/07 & 12/18/07 | $43.879.57 |
| Hammad Taha | 1040 for 2006 | 01/02/08 | $42,360.54 |
| Wadie Taha | 1040 for 2006 | 04/29/08 | $26,174.99 |

(2). Plaintiff's Deed of Trust was recorded on January 17, 2007 in Tulare County;

(3). The deed of Trust securing the indebtedness owed to Kitchen Motors was recorded on February 27, 2004 in Tulare County;

**Stipulation**

(4). The Notices of Federal Tax Liens identified in paragraph (1) above are junior to the two deeds of trust identified in paragraphs (2) and (3) above;

(5). To the extent that the sale of the subject property produces excess proceeds, the IRS will be entitled to such proceeds based upon its relative lien priority vis a vis the Board of Equalization;

(6). The IRS does not waive its rights to redeem the subject property pursuant to 28 U.S.C. § 2410(c).

(7). The Complaint for Foreclosure of Trust Deed may be remanded to the State Court upon execution of this Stipulation.

///
///
///

**STIPULATION RE: DEFENDANT INTERNAL REVENUE SERVICE'S TAX LIENS RELATIVE TO DEEDS OF TRUST; [PROPOSED] ORDER REMANDING CASE BACK TO STATE COURT**

```
Dated: March 10, 2009.                    LAWRENCE G. BROWN
                                          Acting United States Attorney


                                    By:   /s/ Brian W. Enos_____
                                          BRIAN W. ENOS
                                          Assistant U.S. Attorney
                                          Attorneys for Defendant
                                          Internal Revenue Service

Dated: March 10, 2009.                    KAHN, SOARES & CONWAY, LLP
                                          (As auth. 3/10/09)


                                    By:   /s/ Rissa Stuart_____
                                          RISSA STUART
                                          JERRY CHILDS
                                          Attorneys for Plaintiff
                                          Timothy Razzari
```

IT IS SO ORDERED.

**Dated:   March 10, 2009**              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE